**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA - - SIXTH DIVISION**

---

Court File No. 05-cv-00038-PJS/RLE

Michael Bennett & Colleen Bennett;
Delbert Braman; Raymond A. Brogger &
Phyllis Brogger; Barbara Brown;
Sharon Burnette; Gary L. Chastek;
Chris W. Ellis & Shawn P. Ellis;
Donald Finn & Lois Northbird;
Louis E. Fournier & Gloria J. Fournier;
Wayne D. Frazer; Elaine Bohn Gangelhoff;
Gary G. Gehrke; Delores Hough;
Karl Humphrey & Lori Humphrey; Iva LaDuke;
Duane A. Muller & Wanda Muller;
Michael G. Newago & Sherri L. Newago;
Maria Rea & Jane Rea;
Ronald A. Riffle & Erlinda L. Riffle;
Todd M. Staples; Jack Sweeney, Jr. & Blanca Duran;
John R. Utley; Ruth A.M. Wittner; and
Michelle Worcester;

Plaintiffs,

vs.

International Paper Company, a New York corporation, f/k/a Champion International Corporation, f/k/a St. Regis Paper Company, f/k/a Wheeler Lumber Bridge and Supply Company; and Burlington Northern and Sante Fe Railway Company, a Delaware corporation, f/k/a Great Northern Pacific & Burlington Lines, f/k/a Great Northern Railway Company, and Dow Chemical Company, a Delaware corporation; and Pharmacia Corporation f/k/a Monsanto Company, a Delaware corporation,

Defendants.

---

AND

Court File No. 06-cv-01274 – PJS/RLE

Gail Bredemus, Patricia Anderson, Nancy Benjamin, Stacy Smith As Trustee for the Heirs and Next-of-kin of Donna Budreau, deceased, Carol Glidden, Phyllis Hagen, Dorothy Howard, as Trustee for the Heirs and Next-of-kin of Kenneth Howard, deceased, Yvonne Littlewolf, Donna Morgan, Donna Oachs, Simone Pemberton, Brenda Smith, Sharon Villier, Linda Herrera, Lashelle Masten, Larry Swanson, Leonard Swanson, Lonnie Swanson, Loren Swanson and Luther Swanson

Plaintiffs,

-vs-

International Paper Company, a New York corporation, f/k/a Champion International Corporation, f/k/a St. Regis Paper Company, f/k/a Wheeler Lumber Bridge and Supply Company; and Burlington Northern and Sante Fe Railway Company, a Delaware corporation, f/k/a Great Northern Pacific & Burlington Lines, f/k/a Great Northern Railway Company, and Dow Chemical Company, a Delaware corporation; and Pharmacia Corporation f/k/a Monsanto Company, a Delaware corporation,

Defendants.

---

**PLAINTIFFS' MOTION TO RE-OPEN CLAIM FOR INJUNCTIVE RELIEF ON REMEDIATION**

---

Plaintiffs hereby move the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to re-open a claim for injunctive relief on remediation in this matter. This motion will be based upon Plaintiffs'

Memorandum of Law in Support of Motion, the affidavits and exhibits thereto, arguments to be presented at the hearing, and all the files, records and proceedings herein.

Dated: March 31, 2008.

s/James P. Carey
James P. Carey, (MN #180555)
Attorney for Plaintiffs
Sieben, Grose, Von Holtum & Carey
800 South 8th Street, Suite 900
Minneapolis, MN 55402
(612) 333-4500

s/William Delmore
William J. Delmore (ND #03212)
Attorneys for Plaintiffs
Kelsch, Kelsch, Ruff & Kranda
103 Collins Ave.
P.O. Box 1266
Mandan, ND 58554-7266
(701) 663-9818

s/Gary M. Hazelton
Gary M. Hazelton (MN #165414)
Attorneys for Plaintiffs
Hazelton Law Firm
677 Anne Street
PO Box 1248
Bemidji, MN 56619
(218) 444-4529

s/Mark L. Rodgers
Mark L. Rodgers (MN #130552)
Attorneys for Plaintiffs
Rodgers Law Office
1421 Bemidji Avenue North, #2
Bemidji, MN 56619-0978
(218) 444-5297

s/Don Russo
Don Russo (FL #183780)
Attorneys for Plaintiffs
Don Russo, P. A.
7990 Red Road
Miami, FL 33143
(305) 665-7171