## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## SIXTH DIVISION

| | |
|---|---|
| Michael Bennett & Colleen Bennett; Raymond A. Brogger & Phyllis Brogger; Sharon Burnette; Gary L. Chastek; Donald Finn & Lois Northbird; Louis E. Fournier & Gloria J. Fournier; Wayne D. Frazer; Elaine Bohn Gangelhoff; Gary G. Gehrke; Delores Hough; Karl & Lori Humphrey; Iva LaDuke; Duane A. Muller & Wanda Muller; Michael G. Newago & Sherri L. Newago; Maria Rea & Jane Rea;. Todd M. Staples; Blanca Duran; John R. Utley; Ruth A.M. Wittner; and Michelle Worcester; | Court File No. 05-cv-00038-PJS/RLE |
| Plaintiffs, | |
| vs. | |
| International Paper Company, a New York Corporation, f/k/a Champion International Corporation, f/k/a St. Regis Paper Company, f/k/a Wheeler Lumber Bridge and Supply Company; and Burlington Northern and Sante Fe Railway Company, a Delaware corporation, f/k/a Great Northern Pacific & Burlington Lines, f/k/a Great Northern Railway Company, and Dow Chemical Company, a Delaware corporation; and Pharmacia Corporation f/k/a Monsanto Company, a Delaware corporation, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, that the claims of all plaintiffs may be and hereby are dismissed with prejudice against each defendant pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Except as otherwise stated in the settlement agreement, each party will bear its own costs, disbursements and attorneys' fees.

DATED: 9/22/09

SIEBEN, GROSE, VON HOLTUM & CAREY, LTD.

By: s/ James P. Carey
   James P. Carey (MN #180555)
   Shannon C. Keil (MN #0386804)
   800 Marquette Ave., Suite 900
   Minneapolis, MN  55402
   Telephone:   (612) 333-4500
   Facsimile:    (612) 333-5970

and

Gary M. Hazelton (MN #165414)
Hazelton Law Firm
677 Anne Street
PO Box 1248
Bemidji, MN  56619
Telephone:   (218) 444-4529
Facsimile:    (218) 755-1747

and

William J. Delmore  (admitted *pro hac vice*)
ND #03212
Kelsch, Kelsch, Ruff & Kranda
103 Collins Ave.
P.O. Box 1266
Mandan, ND 58554-7266
Telephone:   (701) 663-9818
Facsimile:    (701) 663-9810

ATTORNEYS FOR PLAINTIFFS

DATED:  9/18/09                           ANTHONY OSTLUND & BAER, P.A.


By: s/ Cheryl A. Stanton
    Joseph W. Anthony (#2872)
    Steven M. Phillips (#177659)
    Cheryl A. Stanton (#27950X)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:   (612) 349-6969
Facsimile:   (612) 349-6996

and

Rick R. Rothman (Admitted *pro hac vice*)
Tiffany R. Hedgpeth (Admitted *pro hac vice*)
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071
Telephone:   (213) 680-6400
Facsimile:   (213) 680-6499

and

Patrick Dennis (Admitted *pro hac vice*)
Gibson, Dunn & Cutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   (213) 229-7567

ATTORNEYS FOR DEFENDANT
INTERNATIONAL PAPER COMPANY

DATED:  9/22/09                         BRIGGS AND MORGAN


                                        By: s/ Timothy G. Gelinske
                                            Timothy G. Gelinske (#267764)
                                            Timothy R. Thornton (#109630)
                                        2200 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, MN  55402
                                        Telephone:   (612) 977-8400
                                        Facsimile:   (612) 977-8650

                                        ATTORNEYS FOR DEFENDANT
                                        BNSF RAILWAY COMPANY


PI1#495408v1