UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHAEL BENNETT, et al.,                          Civil No. 05-CV-0038 (PJS/JSM)

      Plaintiffs,

v.                                               ORDER OF DISMISSAL

INTERNATIONAL PAPER COMPANY, et al.,

      Defendants.

---

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on

September 22, 2009 [Civil Docket No. 471],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs

or disbursements to any party.

Dated: September 22, 2009                    s/Patrick J. Schiltz

                                             Patrick J. Schiltz
                                             United States District Judge